IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| PTSI CONSTRUCTION, INC., | § | No. 20-30522-HCM-11 |
| | § | |
| Debtor. | § | |

## BALLOT SUMMARY FOR PTSI CONSTRUCTION, INC.'S PLAN OF REORGANIZATION

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now come the Debtor PTSI CONSTRUCTION, INC., Debtor-in-Possession in these proceedings, and through its attorney E.P. BUD KIRK presents this Ballot Summary. Attached are the following documents:

1. Ballot Summary, alphabetically by creditor.

2. Ballot Summary, by classes.

3. Originals of Ballots cast.

Respectfully submitted this 27th day of October, 2020.

/s/ E.P. BUD KIRK

E.P. BUD KIRK
Texas State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for PTSI CONSTRUCTION, INC.