# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 20–30522–hcm
Chapter No.: 11
Judge: H. Christopher Mott

IN RE: **PTSI Construction, Inc.**, Debtor(s)

## NOTICE OF ORDER CONFIRMING PLAN

Notice is hereby given of entry of the following order of this Court on 11/6/20

66 – 56    Order Confirming SubChapter V Plan,(related document(s): 56 Chapter 11 Small Business Subchapter V Plan filed by E. P. Bud Kirk for Debtor PTSI Construction, Inc.. (Kirk, E. P.). Related document(s) 41 Chapter 11 Small Business Subchapter V Plan filed by Debtor PTSI Construction, Inc.) Application for Final Decree due by 5/5/2021 (Order entered on 11/6/2020) (McGee, Maxine)

Dated: 11/6/20

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Order Confirming Plan Notice]** [Ntcocp11apac]